# Exhibit 1

# Certificate of Registration

Additional Certificate (17 U.S.C. 706)



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-532-438**

**Effective Date of Registration:**
April 29, 2024
**Registration Decision Date:**
August 15, 2024

---

## Title

**Title of Work:** Natural Hair Dye

## Completion/Publication

**Year of Completion:** 2022

## Author

- **Author:** Fei Cao
  **Author Created:** 2-D artwork
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Fei Cao
No.211, Block E, Nanxin Road Haoyuan, Nanhai District, Foshan, China

## Certification

**Name:** Fei Cao
**Date:** April 29, 2024

---

**Copyright Office notes:** Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited artwork only. 17 USC 101, 102(a), and 113.

Page 1 of 1

