# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FEI CAO,

    *Plaintiff*,

  v.

HuaQing, meng nan, Baaniem, OUKPANE, AllegoYuky, Kkick, Aiwen chen, Shaheyi, Magtippl, Yiwang1688, Yangch shop, Glaric, Pandoulala, JunHongLiu, HEATO, YAAHEO, Fiehseos, DYKay, iFriends, JIMYAUQIN, FYeang, DeQinShangMao, PogairLLE STORE, Niushao-shop, NiMoWen, peixunshangmao, FACECOI US, yizhengchang, HavenKeep, HongHeShop, Jixinggaozhaodeal, xuananqing , YuFurture, AiMai, Vintaic US, xuxiteshangmao, ZhiRongShop, XinXiangShiCheng-US, DENGXUS, Chongjinghejidong, xianlianmoshangmaodian (gerenduziqiye), LSC sotre, Fun Share Official , MAEUS, MZYFDD, yuduguanmeizhuangxiuyouxiangongsi, Sumitongtwo, Microbio, VividTrees, tuiii, Vitalou, pretty local, Artisticc, Love yourself A, Epiicenterr, WoBeiTa, Radiant Glow Care Shop, LFXD C, Timurex, all category, HC FAFA, SkinWhisper, FeiMuKe, Lumessence, Jaysuing Cosmic Glow, BaLaBaKang, Jaysuing Charm, Feuaxzgf, JKY Goodies, Beauty and Makeup, RadiantEra, XiaoH, Yinqiang E -commerce Co. Ltd, SweatBloom, FlexAuraGlowCraft, RenXiang, Zhangping, zimaoyiIHGAB, fengzishangmaoYTU, EJWQWQE, ActiveGlam, Xinhaotao, Kelly Bro, Kuluoluowm, Smart Car & electronic, ZHNYLAN, Dlrvadru, YaingHUS, Rwyyau Beauty and Home, XEOVHV Beauty Care, Ppgorl Store, duanjumei, Sopick, Kuayialo, Sculpt, shenlei, Yorklili, FurryNest & Co., WEQWS, Balance Store, Shronknie, Reyetez, RAJPATTIE NARAIN, Xinfanbaihuo, BAXIAN, Jiamengjia, JIESMALLE, Leanna, MENGF, ZHANG ZHANCHUN, JINDONGJI, SSKFHGI, Koru Collective, HomeGoods. Plus, Onelix, Momobako, VividNest Creations, Baorden, lankeVK, Abetb,

    *Defendants*.

Civil Action No:

25-cv-6806-TRJ

## **CERTIFICATE OF COMPLIANCE**

    I hereby certify that I have read the Court's Standing Order in Civil Cases Proceeding of the Honorable Tiffany R. Johnson [Dkt. No. 2], and I will comply with its provisions during the pendency of this litigation.

December 9, 2025                                  Respectfully submitted,

                                                                /s/ Andrew J. Palmer  
                                                                Andrew J. Palmer  
                                                                Palmer Law Group, P.A.  
                                                                401 E Las Olas Blvd, Suite 1400  
                                                                Fort Lauderdale, FL 33301  
                                                                Phone: 954-771-7050  
                                                                ajpalmer@palmerlawgroup.com  
                                                                ***Attorney for Plaintiff***